RECEIVED
MAR 05 2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:24-cr-13 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| DAVID ENRIQUE REMIGIO, | ) | T. 18 U.S.C. § 2252A(a)(2) |
| | ) | T. 18 U.S.C. § 2252A(a)(5)(B) |
| Defendant. | ) | T. 18 U.S.C. § 2252A(b)(1) |
| | ) | T. 18 U.S.C. § 2252A(b)(2) |
| | ) | T. 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Receipt of Child Pornography)

From on or about April 16, 2022, until on or about November 15, 2022, in the Southern District of Iowa, the defendant, DAVID ENRIQUE REMIGIO, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been, using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer. Specifically, the defendant, DAVID ENRIQUE REMIGIO, received multiple image files of child pornography onto a black UMX U696CL cellular phone.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(Possession of Child Pornography)**

On or about November 15, 2022, in the Southern District of Iowa, the defendant, DAVID ENRIQUE REMIGIO, knowingly possessed material, namely, a black UMX U696CL cellular phone, that contained images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), including images involving prepubescent minors and minors who had not attained 12 years of age, such images having been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

If the defendant, DAVID ENRIQUE REMIGIO, is convicted of Counts 1 and/or 2 of this Indictment, the defendant shall forfeit to the United States his interest in the following property:

A. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

B. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to a black UMX U696CL cellular phone.

All pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Matthew A. Stone
Assistant United States Attorney