# United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen B. Jackson, Jr., U.S. Magistrate Judge     Court appearing by video conference
Criminal No. 3:24-cr-00013-SHL-SBJ-1     :     Clerk's Court Minutes – Initial Appearance/Arraignment

---

United States of America vs. David Enrique Remigio

---

Gov. Atty(s): Matthew A. Stone     : ✔ Indictment   ☐ Superseding Indictment   ☐ Information
Def. Atty(s): Terence L. McAtee     : ☐ Complaint   ☐ Warrant   ☐ Summons
Def. Appears: ☐ In Person   ✔ Video Conference     : Code Violation/Offense:
    ✔ All Parties Consent to Video Proceeding     : 18:2252A(a)(2), 2252A(b)(1) Receipt of Child Pornography
Court Reporter: FTR Gold - 242     : (1)
Interpreter: N/A     :
    ☐ Interpreter Sworn     18:2252A(a)(5)(B), 2252A(b)(2) Possession of Child Pornography (2)
Date: March 6, 2024

Initial Appearance Start Time: 1:07/1:12 pm     Arraignment Start Time: 1:15 pm     End Time: 1:10/1:21 pm

## Initial Appearance

✔ Advised of Rights     : ✔ Appointed/Previously Appointed FPD
☐ Advised of Consular Notification Rights     : ☐ Appointed/Previously Appointed CJA Counsel
Requesting Consular Notification ☐ Yes ☐ No     : ☐ Retained Counsel
✔ Rule 5 Admonition Given

## Arraignment

Trial Scheduled for: April 29, 2024     : ✔ Advised of Charges/Maximum Penalties
Rule 16 Material due: March 20, 2024     : ✔ Indicted in True Name
Reciprocal Discovery due: March 27, 2024     :     True Name:
Pretrial Motions due: April 8, 2024     : ✔ Reading of Indictment Waived
Plea Notification Deadline:     Plea of Not Guilty Accepted as to Ct(s): 1 & 2
Plea Entry Deadline: April 15, 2024     : ✔ Denied Forfeiture
Status/Scheduling Conference (Counsel Only):     ✔ Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG.

## Custody Status

✔ Government Moved for Detention
☐ Defendant Waived Preliminary Examination     Detention Hearing Set: March 12, 2024, at 12:00 pm
☐ Defendant Waived Detention Hearing     Before: The Honorable Stephen B. Jackson, Jr.
Court Ordered Defendant:     Courthouse: Davenport     Room: 242
☐ Released on Bond     Revocation Hearing Set:
✔ Detained     Before:
    Courthouse:     Room:

---

Defendant moves to continue the detention hearing until March 12, 2020. Government does not object. Court grants the motion and detention hearing set fr March 12, 2024, at 12:00 pm.
Court was disconnected with the Muscatine County Jail from 1:10-1:12 pm.
The Court finds that today's hearing was conducted by reliable electronic means.

                                                       /s/ Brian Phillips
                                                       Deputy Clerk