IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CRIMINAL NO. 3:24-cr-13 |
| Plaintiff, | ) | |
| | ) | <u>UNRESISTED</u> |
| vs. | ) | MOTION TO CONTINUE TRIAL, |
| | ) | PRETRIAL MOTION DEADLINE |
| DAVID ENRIQUE REMIGIO, | ) | AND GUILTY PLEA DEADLINE |
| | ) | |
| Defendants. | ) | |

COMES NOW, the defendant, David Enrique Remigio, through counsel, and moves for a continuance of the trial currently scheduled for April 29, 2024. Defendant also moves to continue the pretrial motion deadline and plea entry deadline. In support of this motion, counsel states:

1. A two-count Indictment was filed on February 6, 2024, charging Mr. Remigio with receipt of child pornography and possession of child pornography. Mr. Remigio was arraigned on March 6, 2024. Trial is currently scheduled for April 29, 2024.

2. This is the first request for a continuance in this matter; trial has not previously been continued.

3. Discovery was received on or about March 20, 2024, and consists of approximately 640 pages of written documents, 69 photos, 5 videos, and other evidence located at the United States Attorney's Office for viewing. Additional time is necessary to review the discovery with Mr. Remigio and prepare for trial.

4. Defense counsel requests a 120-day continuance of the trial date and a corresponding

1

continuance of the pretrial motion deadline and plea entry deadline.

5. Defendant has been advised of this request. He is aware of the implications of a continuance on speedy trial calculations and is in agreement with the continuance.

6. Undersigned counsel has consulted with Assistant United States Attorney Matthew Stone, and the government does not resist this motion.

7. Because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial, the period would be excludable for speedy trial purposes.

WHEREFORE, the defendant respectfully requests a 120-day continuance of the current trial date and a corresponding continuance of the pretrial motion deadline and plea entry deadline.

FEDERAL DEFENDER'S OFFICE
CBI Bank & Trust Building
101 W. 2nd Street, Suite 401
Davenport, Iowa 52801-1815
TELEPHONE: (563) 322-8931
TELEFAX: (563) 383-0052
EMAIL: terry_mcatee@fd.org

By: /s/*Terence McAtee*
**Terence McAtee**
Assistant Federal Defender
ATTORNEY FOR DEFENDANT

cc: Matthew Stone, AUSA

CERTIFICATE OF SERVICE
I hereby certify that on April 22, 2024, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
/s/