IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 3:24-cr-13 |
| ) | |
| vs. ) | APPEARANCE |
| ) | |
| DAVID ENRIQUE REMIGIO, ) | |
| ) | |
| Defendant. ) | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

The undersigned hereby enters her appearance as co-counsel in this case for the defendant David Enrique Remigio.

DATED: October 17, 2024

FEDERAL DEFENDER'S OFFICE
CBI Bank & Trust Building
101 W. 2nd Street, Suite 401
Davenport, Iowa 52801-1815
TELEPHONE: (563) 322-8931
TELEFAX: (563) 383-0052
EMAIL: diane_zitzner@fd.org

By: /s/ *Diane Zitzner*
**Diane Zitzner**
Assistant Federal Defender
ATTORNEY FOR DEFENDANT

cc: Matthew Stone, AUSA

CERTIFICATE OF SERVICE
I hereby certify that on October 17, 2024, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

/s/