# United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher, U.S. District Judge
Criminal No. 3:24-cr-00013-SHL-SBJ-1

Clerk's Court Minutes – Sentencing

UNITED STATES OF AMERICA VS. DAVID ENRIQUE REMIGIO

| | |
|---|---|
| Gov. Atty(s): Matthew Alan Stone<br>Def. Atty(s): Abdel Reyes<br>Court Reporter: Tonya Gerke<br>Interpreter: N/A | ✔ Indictment    Superseding Indictment    Information<br>In  2  Count(s) – Code Violation:<br>Ct 1: 18:2252A(a)(2), 2252A(b)(1) Receipt of Child Pornography<br>Ct 2: 18:2252A(a)(5)(B), 2252A(b)(2) Possession of Child Pornography |
| Date: March 13, 2025<br>Time Start: 1:20 p.m.   Time End: 1:40 p.m. | |

| | |
|---|---|
| ✔ Defendant reaffirmed guilty plea to Count(s) 1<br>  Jury    Court guilty verdict to Count(s) | ✔ Court adopted findings of Final PSR<br>  Final PSR as amended |

Minutes:

The defendant is personally present and represented by Assistant Federal Public Defender Abdel Reyes. The government is represented by Assistant United States Attorney Matthew Alan Stone. U.S. Probation Officer Ella Lane is also present. The parties discuss the Presentence Investigation Report (PSR) findings. Neither party has any remaining objections to the PSR. The Court therefore adopts the findings of the Final PSR. Total Offense Level = 37; Criminal History Category = I; Guideline Imprisonment Range = 210 to 240 months. The defense moves to admit Exhibits A-G, filed at ECF 61-63. The Court admits Exhibits A-G. The defense argues as to the appropriate sentence to be imposed. The defendant allocutes via written allocution letter (Exhibit G). The government argues as to the appropriate sentence to be imposed. The Court pronounces sentence. The defendant is advised of appeal rights. Court adjourns.

Sentence Imposed:

The defendant is sentenced to the custody of the BOP for a term of 192 months as to Count 1 of the Indictment. Upon release, the defendant shall serve a five-year term of supervised release. The defendant shall pay a $100.00 special assessment to the Crime Victims' Fund and shall pay $39,000.00 in restitution. Forfeiture is ordered consistent with the Order of Preliminary Forfeiture filed at ECF 49.

Count 2 is dismissed on the government's motion. The defendant is remanded to the custody of the U.S. Marshal.

/s/ M. Mast
Deputy Clerk