✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     Iowa

UNITED STATES OF AMERICA

V.

DAVID ENRIQUE REMIGIO

**EXHIBIT AND WITNESS LIST**

Case Number: 3:24-cr-00013-SHL-SBJ-1

| PRESIDING JUDGE<br>Stephen H. Locher | PLAINTIFF'S ATTORNEY<br>Matthew Alan Stone | DEFENDANT'S ATTORNEY<br>Abdel Reyes |
|---|---|---|
| HEARING DATE<br>March 13, 2025 | COURT REPORTER<br>Tonya Gerke | COURTROOM DEPUTY<br>M. Mast |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | 3/13/2025 | Yes | Yes | Letter of Support from Alba Barreto |
| | B | 3/13/2025 | Yes | Yes | Letter of Support from Annie Saez |
| | C | 3/13/2025 | Yes | Yes | Letter of Support from Jeniffer Remigio |
| | D | 3/13/2025 | Yes | Yes | Letter of Support from Juan Santiago |
| | E | 3/13/2025 | Yes | Yes | Letter of Support from Tania Trinidad |
| | F | 3/13/2025 | Yes | Yes | Evaluation Report of Elizabeth Griffin, MA, LMFT & David Delmonico, Ph.D., LPC |
| | G | 3/13/2025 | Yes | Yes | Defendant Remigio's Allocution Letter |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages