# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

## NOTICE OF APPEAL

Date: _____   Case No: _____

Case Caption: _____

Notice is hereby given that _____ appeals to the:

    US Court of Appeals for the Eighth Circuit      IASD District Court Judge

from the Judgment/Order entered in this action on _____.

### Transcript Order Form:

Please prepare a transcript of:

    Plea Hearing      Sentencing      Trial

    Other Hearing(s) on _____

I am not ordering a transcript because: _____

*Reminder: CJA counsel will need to complete the AUTH 24 form in CJA eVoucher.

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon the U.S. District Court, court reporter, and all counsel of record and that satisfactory arrangement for payment of the cost(s) of transcript(s) ordered have been made with the court reporter (Fed Rule App Proc 10(b)).

Attorney/Party Signature: ___[signature]_____   Date: _____

Address: _____

Phone Number: _____